September 6, 1979.

422 A.2d 1162

Commonwealth v. Brazin, Appellant.

Submitted April 12, 1979.  Bruce E. Dice, for appellant;  Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WIEAND and HOFFMAN, JJ.

Judgment of sentence affirmed.